JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN AND DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>IM GLOBAL, LLC, a Delaware Limited Liability Company, and IM PRODUCTIONS, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | **CASE NO. 2:19-cv-8041 CJC (AFMx)**<br><br>**ORDER ON STIPULATION FOR ENTRY OF JUDGMENT**<br><br>**The Hon. Cormac J. Carney** |

**TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

Upon consideration of the joint stipulation for entry of judgment ("Stipulation") of Plaintiffs Directors of the Motion Picture Industry Pension Plan and Directors of the Motion Picture Industry Health Plan (collectively, the "Plans") and Defendants IM Global, LLC and IM Productions, LLC (collectively, "Defendants"),

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Plans and Defendants entered into a settlement agreement ("Settlement Agreement"), which requires, inter alia, that Defendants pay the

amount of $600,000 to the Plans in four (4) payments as follows: (a) $236,767, due and payable upon the closing of a defined sale transaction, but no later than January 15, 2020; (b) $104,233, due and payable by the earlier of (i) two business days following the receipt by the Defendants of a payment in excess of $100,000 arising out of an asset sale, transfer or disposition, or (ii) January 31, 2020, whichever occurs first; (c) $129,500, due and payable by not later than March 1, 2020; and (d) $129,500, due and payable according to the terms and in the manner set forth in Section 1.1(a)(iv) and (b) of the Settlement Agreement.

2. Pursuant to the Settlement Agreement, the parties stipulate and agree that judgment be entered against IM Global, LLC and IM Productions, LLC, jointly and severally, and in favor of the Plans, in the amount of $3,389,569.00, plus post-judgment interest as provided by law. Execution of the judgment shall be subject to a stay of execution pending timely completion of the terms of the Stipulation and/or the Settlement Agreement.

3. Upon Defendants' failure to comply with the terms of the Settlement Agreement, then the stay of execution shall be automatically lifted and the Plans shall have the immediate right to enforce the judgment without further notice, and to enforce the Settlement Agreement in the U.S. District Court for the Central District of California, or other court of appropriate jurisdiction.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4. This Court shall retain jurisdiction of this action for purposes of resolving any disputes that may arise in the future regarding the judgment, the Settlement Agreement, its terms, or enforcement thereof.

**IT IS SO ORDERED.**

Dated: December 17, 2019

Hon. Cormac J. Carney
Judge, United States District Court